**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

TOMMY ELPS,
ADC #144914                                                                                    PLAINTIFF

V.                               5:13CV00235 SWW/JTR

ERIC B. PHARR, Correctional Officer,
East Arkansas Regional Unit, ADC, et al.                                      DEFENDANTS

## ORDER

Plaintiff Tommy Elps has filed a Motion seeking permission to voluntarily dismiss this *pro se* § 1983 action. *Doc. 27.* Defendants have no objection to that request. *Doc. 28.*

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Motion for Voluntary Dismissal (Doc. 27) is GRANTED, and this case is VOLUNTARILY DISMISSED WITHOUT PREJUDICE.

2. Defendants' Motion to Stay Deadlines (Doc. 28) is DISMISSED AS MOOT.

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 28th day of January, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE