**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TOMMY ELPS,
ADC #144914                                                                                          PLAINTIFF

V.                              5:13CV00235 SWW/JTR

ERIC B. PHARR, Correctional Officer,
East Arkansas Regional Unit, ADC, et al.                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, this case is VOLUNTARILY DISMISSED WITHOUT PREJUDICE. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

Dated this 28th day of January, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE